PER CURIAM.

(No. 75-CC-866—)

FRYE WILLIAMSON PRESS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 31, 1975.*

FRYE WILLIAMSON PRESS, Claimant, pro se.

452

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-868—

NORTH GREENE UNIT DISTRICT #3, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS OFFICE OF EDUCATION, Respondent.

*Opinion filed March 31, 1975.*

NORTH GREENE UNIT DISTRICT #3, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.